**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHROME HEARTS LLC, a Delaware Limited Liability Company,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>STYLEWORKS DESIGN GROUP, INC., a California Corporation; BRIAN MALLOY, an Individual; HOLLYWOOD BODY JEWELRY, an unknown business entity; and DOES 2-10, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:21-cv-08779-FWS-MRW<br><br>**ORDER GRANTING STIPULATION RE PERMANENT INJUNCTION [75]** |

　　　WHEREAS Plaintiff Chrome Hearts LLC ("Chrome Hearts" or "Plaintiff") has filed the operative First Amended Complaint ("FAC") in this action against defendants Styleworks Design Group Inc., Brian Malloy, and Hollywood Body Jewelry (whose true name is Spikes, Inc. dba Hollywood Body Jewelry) ("Defendants") alleging Federal Trademark Infringement, False Designations of Origin, and Common Law Trademark Infringement and Unfair Competition, all allegedly arising from Defendants' manufacture, production, distribution, promotion, advertisement, offering for sale, and/or sale of certain products bearing identical, substantially indistinguishable, or confusingly similar reproductions of one or more of the Chrome

Hearts Marks (attached hereto and incorporated herein as Exhibit A) (such products will hereinafter be referred to as "Accused Products."). An exemplar photograph of the Accused Products is shown in ¶ 26 of the FAC and reproduced in Exhibit B for reference.

WHEREAS the Parties have entered into a Confidential Settlement Agreement to fully resolve all of the claims in this action among the Parties;

WHEREAS without any admission of liability, Defendants have agreed to consent to the below terms of a permanent injunction, and **IT IS HEREBY ORDERED** that:

1. Defendants and their agents, servants, employees and all entities and/or persons in active concert and participation with Defendant are hereby permanently restrained and enjoined from infringing upon the Chrome Hearts Marks in Exhibit A, including, but not limited to:

    a. manufacturing, purchasing, producing, distributing, circulating, selling, offering for sale, importing, exporting, advertising, promoting, displaying, shipping, marketing, or otherwise incorporate in advertising or marketing the Accused Products and/or any other products bearing the Chrome Hearts Marks;

    b. delivering, holding for sale, returning, transferring, or otherwise moving, storing, or disposing in any manner the Accused Products and/or any other products bearing the Chrome Hearts Marks;

    c. committing any other act which falsely represents that the Accused Products, or any other of Defendants' products that bear the Chrome Hearts Marks, are licensed by, authorized by, offered by, produced by, sponsored by, or in any other way associated with Chrome Hearts;

    d. knowingly assisting, aiding, or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 1(a)-(c) above; and

    e. knowingly affecting any transactions, assignments or transfers, or

form new entities or associations to circumvent the prohibitions referred to in Paragraphs 1(a)-(c) above.

WHEREAS the parties have further agreed as follows, and **IT IS HEREBY FURTHER ORDERED**:

2. This Court has jurisdiction over the Parties herein and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

3. The execution of this Stipulation/Order shall serve to bind and obligate the Parties hereto.

4. Upon satisfaction of other obligations set forth in the Settlement Agreement, the Parties will stipulate to and file a separate *Dismissal with Prejudice of the Civil Action* (the "Stipulation to Dismiss").

5. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the enforcement of this Stipulation/Order.

6. The Parties shall file a joint report regarding the status of satisfaction of the Settlement Agreement every **ninety (90)** days, with the first joint status report due on **November 17, 2023**, until the Parties file the Stipulation to Dismiss and the Stipulation to Dismiss is granted by the Court.

**IT IS SO ORDERED**.

Dated: August 21, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Mark | U.S. Reg. No. | Relevant Goods |
|---|---|---|
| (cross design) | 3,605,860 | Jewelry, Namely, Rings, Earrings, Pendants, Necklaces, Bracelets, Cuff Bracelets, Cuff Links, Watch Bracelets and Key Rings Made of Precious Metals |
| (cross/floral design) | 3,385,449 | Jewelry, namely, rings, earrings, pendants, cuff bracelets, bracelets, necklaces, cuff links, watch bracelets, brooches and dog tags for wear by humans for decorative purposes. |
| (fleur-de-lis design) | 3,894,026 | Jewelry, namely, rings, earrings, pendants, cuff bracelets, bracelets, necklaces, cuff links, watch bracelets, brooches and dog tags for wear by humans for decorative purposes. |

# EXHIBIT B



